**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Soledad A. MURILLO, Defendant–**
**Appellant.**

**No. 03–30740.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 16, 2004.

Josette Louise Cassiere, Assistant US Attorney, Cristina Walker, Assistant US Attorney, US Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Soledad A. Murillo, pro se, Houston, TX, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Soledad A. Murillo on direct

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's motion to supplement the record on appeal with a letter from Murillo's treating physician is GRANTED. Counsel's motion to place the letter under seal is also GRANTED.

Murillo has not filed a response to counsel's *Anders* brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.